UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NADIA T., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-121 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING, IN FULL, THE REPORT AND RECOMMENDATION (DOC. NO. 12); OVERRULING PLAINTIFF'S STATEMENT OF SPECIFIC ERRORS (DOC. NO. 8); AFFIRMING DEFENDANT COMMISSIONER'S DENIAL OF PLAINTIFF'S APPLICATION FOR SUPPLEMENTAL SECURITY INCOME; AND, TERMINATING THIS MATTER ON THE COURT'S DOCKET**

This appeal of Defendant Commissioner's denial of Plaintiff's application for Supplemental Security Income is currently before the Court on Magistrate Judge Kimberly A. Jolson's Report and Recommendation (Doc. No. 12). Therein, Magistrate Judge Jolson recommends, in pertinent part, that Plaintiff's Statement of Errors (Doc. No. 8) be overruled, Defendant's decision in the proceedings below be affirmed, and this matter be terminated on the Court's docket. (Doc. No. 12 at PageID 3187.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Jolson's Report and Recommendation have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 12), in full.

It is therefore **ORDERED** that:

1. Plaintiff's Statement of Errors (Doc. No. 8) is hereby **OVERRULED**;

2. Defendant Commissioner's determinations in the administrative proceedings below are hereby **AFFIRMED**; and,

3. The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, January 22, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE